# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| SEAN MILLER and CHRISTINE MILLER, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:16-cv-00133-GNS |
| DITECH FINANCIAL, LLC, f/k/a GREEN TREE SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | : |
| Defendants. | : |

## JOINT NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT DITECH FINANCIAL, LLC

Plaintiffs Sean and Christine Miller ("Plaintiffs") and Defendant Ditech Financial, LLC (f/k/a Green Tree Servicing LLC) ("Ditech") respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiffs have reached an agreement with Ditech to resolve the claims against it.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, Ditech will not be appearing at the conference scheduled for January 4, 2017.

Dated: January 3, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Courtney L. Weiner* | */s/ Jonathan M. Kenney* |
| Courtney L. Weiner (admitted *pro hac vice*) | Jonathan M. Kenney, Esq. |
| Law Office of Courtney Weiner PLLC | Troutman Sanders LLP |
| 1629 K Street NW, Suite 300 | 222 Central Park Avenue, Suite 2000 |
| Washington, DC 20006 | Virginia Beach, Virginia 23462 |
| PH: 202-827-9980 | Telephone: (757) 687-7529 |
| Fax: 202-379-9749 | Facsimile: (757) 687-7510 |
| cw@courtneyweinerlaw.com | E-mail: jon.kenney@troutmansanders.com |
| *Attorney for Plaintiff* | *Attorney for Defendant, Ditech Financial, LLC f/k/a Green Tree Servicing* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to CM/ECF participants.

                                      */s/ Courtney L. Weiner*
                                      Courtney L. Weiner