# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| SEAN MILLER and CHRISTINE MILLER, | |
| Plaintiffs, | Civil Action No.: 1:16-cv-00133-GNS |
| v. | |
| DITECH FINANCIAL, LLC, f/k/a GREEN TREE SERVICING LLC; EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of Plaintiffs Sean and Christine Miller herein against Defendant Ditech Financial, LLC, f/k/a Green Tree Servicing LLC, be dismissed in their entirety with prejudice, each party to bear its own costs and attorneys' fees.

Dated January 19, 2017

SEEN AND AGREED:

*/s/ Courtney L. Weiner*
Courtney L. Weiner (admitted pro hac vice)
Law Office of Courtney Weiner PLLC
1629 K St. NW, Suite 300
Washington, DC 20006
(202) 827-9980
cw@courtneyweinerlaw.com

*Attorney for Plaintiffs*

SEEN AND AGREED:

*/s/ Jonathan M. Kenney*
Jonathan M. Kenney
Troutman Sanders LLP
222 Central Park Avenue Suite 2000
Virginia Beach, VA 23462
(757) 687-7529
jon.kenney@troutmansanders.com

*Attorney for Defendant Ditech Financial, LLC f/k/a Green Tree Servicing*