**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

|  |  |  |
|---|---|---|
| SEAN MILLER and | ) | |
| CHRISTINE MILLER | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO. 1:16-CV-133-GNS |
| | ) | |
| v. | ) | |
| | ) | |
| DITECH FINANCIAL, LLC f/k/a GREEN | ) | |
| TREE SERVICING LLC; and EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and in accordance with the terms of

the Settlement Agreement and Release between the parties, Plaintiffs' claims against Experian

Information Solutions, Inc. are dismissed with prejudice.  Except to the extent provided for in the

Settlement Agreement, each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 12th day of June, 2017.


/s/Courtney Weiner                                    /s/ Stephen J. Miller (with permission)
Courtney Weiner (admitted *pro hac vice*)            Stephen J. Miller (admitted *pro hac vice*)
Law Office of Courtney Weiner PLLC                   JONES DAY
1629 K Street, NW, Suite 300                         North Point
Washington, DC 20006                                 901 Lakeside Avenue
(202) 827-9980                                       Telephone: +1.216.586.7250
cw@courtneyweinerlaw.com                             Facsimile: +1.216.579.0212
                                                     sjmiller@jonesday.com

*Counsel for Plaintiffs*

                                                     *Counsel for Defendant, Experian*
                                                     *Information Solutions, Inc.*